IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-150-MOC-DCK

| | |
|---|---|
| THOMAS MANNING, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| WALMART, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) filed by Jennifer K. Staples, concerning Alison Day, on March 31, 2021. Alison Day seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) is **GRANTED**. Alison Day is hereby admitted *pro hac vice* to represent Defendant.

Signed: March 31, 2021

David C. Keesler
United States Magistrate Judge